**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALOTT,

       Plaintiff,

   v.

ALAMEDA COUNTY SOCIAL SERVICES
AGENCY,

       Defendant.
_____/

No. C 09-02234 CW

ORDER DISMISSING
CASE FOR FAILURE TO
PROSECUTE

    Plaintiff's opposition to Defendant's motion to dismiss
was originally due September 3, 2009.  Plaintiff failed to file his
opposition by this date and the Court notified him that failure to
file an opposition by September 17 would result in dismissal of
this case for failure to prosecute.  Plaintiff still has not filed
an opposition.  Accordingly, the Court dismisses the case for
failure to prosecute.

    IT IS SO ORDERED.

Dated:  SEP 2 3 2009

                       CLAUDIA WILKEN
                       United States District Judge